**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1763-16T2

IN THE MATTER OF THE ESTATE
OF MELVIN SILVERMAN, DECEASED.

_____

Argued November 8, 2017[1] — Decided November 28, 2017

Before Judges Fisher, Fasciale and Moynihan.

On appeal from Superior Court of New Jersey,
Chancery Division, Probate Part, Bergen
County, Docket No. P-000284-16.

The Knee Law Firm, LLC, attorneys for
appellant Ann Elizabeth Silverman as the
Executor of the Estate of Melvin Silverman
(Robert A. Knee, of counsel; Mr. Knee and
Joseph K. Jakas, on the brief).

The Law Offices of Peter L. Klenk &
Associates, attorneys for respondent Seth
Silverman, Remainder Beneficiary Under the
Testamentary Trust of Melvin Silverman (Glen
H. Ridenour II and Flora M. Novick, of counsel
and on the brief).

PER CURIAM

_____

[1] The matter was not argued. The parties presented a stipulation
of dismissal on the morning argument was scheduled.

The parties having filed a stipulation of dismissal, the appeal is dismissed with prejudice and without costs. The matter is remanded to the trial court for further proceedings.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1763-16T2